| | |
|---|---|
| 1 | DAVID R. WEINSTEIN (State Bar No. 082881) |
| 2 | SHARON Z. WEISS (State Bar No. 169446)<br>CHRISTINA ERICKSON (State Bar No. 231570) |
| 3 | WEINSTEIN, WEISS & ORDUBEGIAN LLP<br>1925 Century Park East, Suite 1150 |
| 4 | Los Angeles, California 90067-2712<br>Telephone (310) 203-9393 |
| 5 | Facsimile (310) 203-8110<br>dweinstein@wwolawyers.com |
| 6 | sweiss@wwolawyers.com |
| 7 | JERRY KAPLAN (State Bar No. 49142)<br>DAVID SCOTT KADIN (State Bar No. 90586) |
| 8 | KAPLAN, KENEGOS & KADIN<br>9150 Wilshire Boulevard #175 |
| 9 | Beverly Hills, CA 90212<br>Telephone: (310) 859-7700 |
| 10 | Facsimile: (310) 859-7773 |
| 11 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FRED YASSIAN, an individual,<br>BEVERLY RODEO DEVELOPMENT CORPORATION, a California corporation, 9615 BRIGHTON WAY, a California limited liability partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT D. PRYCE, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 08-03618-GPS<br><br>Judge Schiavelli<br><br>NOTICE OF HEARING ON PLAINTIFFS' MOTION TO WITHDRAW THE REFERENCE OF PLAINTIFFS' APPLICATION FOR ORDER TO SHOW CAUSE WHY THE IRS AND IRS AGENT STEVEN BERRYMAN SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO RESPOND TO SUBPOENAS<br><br>Discovery Cut-off Date: NA<br><br><u>Hearing Date and Time</u><br>Date:  June 23, 2008<br>Time:  1:30 p.m.<br>Place:  312 N. Spring Street<br>           Los Angeles, CA 90012<br>           Ctrm 7, 2nd Floor |

1

1  TO:   THE HONORABLE GEORGE SCHIAVELLI, UNITED STATES
2         DISTRICT JUDGE; THE IRS; SPECIAL AGENT STEVEN BERRYMAN;
3         AND ALL INTERESTED PARTIES:
4         PLEASE TAKE NOTICE that on June 23, 2008 at 1:30 p.m. in Courtroom 7,
5  located on the second floor of the United States Courthouse located at 312 N. Spring
6  Street, Los Angeles, California 90012, a hearing will be held on the *Plaintiffs'*
7  *Motion to Withdraw the Reference of Plaintiffs' Application for Order to Show*
8  *Cause Why the IRS and IRS Agent Steven Berryman Should Not Be Held in*
9  *Contempt for Failure to Respond to Subpoenas* ("Motion to Withdraw the
10 Reference"), which was filed by plaintiffs Fred Yassian, Beverly Rodeo
11 Development Corporation, and 9615 Brighton Way, (collectively, "Plaintiffs").
12        PLEASE TAKE FURTHER NOTICE that the Motion to Compel is based
13 upon the separately filed motion and memorandum of points and authorities, the
14 Declaration of Christina Erickson in support thereof, the *Request for Judicial Notice*
15 *in Support of Motion to Withdraw the Reference of Yassian Parties' Motion to*
16 *Compel*, the Court's file, and any evidence that may be presented at the time of the
17 hearing.
18        PLEASE TAKE FURTHER NOTICE that this Motion is being heard
19 pursuant to scheduling issued by the Court. If you wish to oppose the Motion to
20 Compel, you must file a written response with the Bankruptcy Court and serve a
21 copy of it upon Plaintiffs' counsel, Weinstein, Weiss & Ordubegian LLP, at
22
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2

1  the address listed in the above left-hand corner of this pleading, Attention: David
2  Weinstein, no later than fourteen (14) days before the above hearing date pursuant to
3  Local Rule 7-9.  A written response not timely filed and served may be deemed by
4  the Court to be consent to the granting of this Motion.
5
6  DATED: June //, 2008          WEINSTEIN, WEISS & ORDUBEGIAN LLP
7
8                                 By _____
9                                    DAVID R. WEINSTEIN
                                      CHRISTINA ERICKSON
10                                    Attorneys for Plaintiffs

# DECLARATION OF SERVICE BY MAIL

I, CLAUDEAN BRANDON, the undersigned, hereby declare:

I am employed in the County of Los Angeles, State of California by the firm of WEINSTEIN, WEISS & ORDUBEGIAN LLP, 1925 Century Park East, Suite 1150, Los Angeles, California 90067-2712. I am over the age of 18 and not a party in the within action.

On June 11, 2008, I caused to be served the foregoing document described as NOTICE OF HEARING ON PLAINTIFFS' MOTION TO WITHDRAW THE REFERENCE OF PLAINTIFFS' APPLICATION FOR ORDER TO SHOW CAUSE WHY THE IRS AND IRS AGENT STEVEN BERRYMAN SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO RESPOND TO SUBPOENAS by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

[SEE ATTACHED MAILING LIST]

( x ) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Los Angeles, California.

( x ) Via E-Mail: On the above-mentioned date, from Los Angeles, California, I caused each such document to be transmitted electronically to the party(ies) at the e-mail address(es) indicated below.

( x ) (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 11, 2008 at Los Angeles, California.

_____
CLAUDEAN BRANDON

| | |
|---|---|
| Attorneys for Chadorchis<br>David M. Stern<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars 39th Floor<br>Los Angeles, CA 90067 | Attorneys for David Perry and Danny Perry<br>John D. Wilson<br>Schwartz, Wisot & Wilson<br>1875 Century Park East #850<br>Los Angeles, CA 90067 |
| Attorneys for Pryce, Parker & Hill, LLP, Robert D. Pryce and Charlie Hill<br>David R. Haberbush<br>Haberbush & Associates LLP<br>444 West Ocean Boulevard #1400<br>Long Beach, CA 90802 | Attorneys for William Warnick and Ann Warnick, as Trustees of the William and Allan Warnick Family Living Trust; Allan Warnick and Jill Warnick<br>Louis J. Khoury<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067-2326 |
| Attorneys for Nelson Shelton & Associates Inc. and Susan Del Prete<br>Peter T. Steinberg<br>Steinberg, Nutter & Brent<br>23801 Calabasas Road Suite 2031<br>Calabasas, CA 91302 | Attorney for IRS<br>Jean Song<br>Internal Revenue Service<br>300 N. Los Angeles Street, Room 3018<br>Los Angeles, CA 90012 |
| In Pro Per: Dwight Scorza and Scorza and Sons Construction Services<br>Dwight Scorza<br>Scorza & Sons<br>13620 Arcturus Avenue<br>Gardena, CA 90249 | Alan D. Sibarium<br>Executive Office for U.S. Trustees<br>Office of the General Counsel<br>Department of Justice<br>20 Massachusetts Ave., N.W., #8000<br>Washington, D.C. 20530 |

5

| | |
|---|---|
| Attorneys for Appellees American Guarantee and Liability Insurance Company, American Home Assurance Co. and National Union Fire Insurance Company<br>Robert C. Haase<br>David L. Lynch<br>Robins, Kaplan, Miller & Ciresi LLP<br>2049 Century Park East #3400<br>Los Angeles, CA 90067 | Gary T. Prutsman<br>Disclosure Officer<br>Department of Treasury<br>Internal Revenue Service<br>24000 Avila Road MS 2201<br>Laguna Niguel, CA 92677 |
| Attorneys for American Guarantee and Liability Insurance Company, American Home Assurance Co. and National Union Fire Insurance Company<br>Robert T. Kugler<br>Leonard, Street and Deinard P.A.<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55402 | IRS<br>24000 Avilla Road<br>Laguna Niguel, CA 92677 |
| Attorneys for Liberty Mutual Insurance Company<br>Michael Davisson<br>David A. Ring<br>Sedgwick, Detert, Moran & Arnold<br>801 S. Figueroa Street 18th Floor<br>Los Angeles, CA 90017 | Special Agent Steven Berryman<br>IRS<br>24000 Avilla Road<br>Laguna Nigel, CA 92677 |
| Attorneys for Robert L. Goodrich, Trustee<br>Sam Maizel<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., #1100<br>Los Angeles, CA  90067 | U.S. Attorney for Central District<br>Thomas P. O'Brien, USA<br>Robert J. Keenan, Assist USA<br>1200 U.S. Courthouse<br>312 North Spring Street<br>Los Angeles, CA 90012 |

6